People v Garrow (2025 NY Slip Op 03518)

People v Garrow

2025 NY Slip Op 03518

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, MONTOUR, AND NOWAK, JJ. (Filed June 6, 2025.) 

MOTION NOS. (230/15 and 1380/18) KA 12-00111 and KA 15-02037.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ROBERT GARROW, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.